UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 2014-141 (WOB-CJS)

DEBRA K. THOROUGHMAN                                     PLAINTIFF

VS.                             ORDER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 11), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 11) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. 10) is **denied**; that plaintiff's motion for summary judgment (Doc. 8) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision and remand, and **denied in part** to the extent plaintiff seeks an award of benefits outright; and the decision is **reversed** and this matter is **remanded** to the Commissioner under sentence four of 42 U.S.C. §405(g), with instructions to reconsider and adequately explain

the treatment of the opinion of Dr. Gollamndi and the determination of plaintiff's credibility or purposes of her RFC. Judgment to be entered concurrently herewith.

This 7th day of December, 2015.



Signed By:
**William O. Bertelsman**  WOB
United States District Judge